Taxes; accumulated earnings tax; interest. — The below-identified cases come before the court on the merits, with the filing of stipulated facts, and on motions and cross-motions of the parties for summary judgment or for judgment on the pleadings. Upon consideration thereof, together with responses in opposition thereto, without oral argument, the court concludes on the basis of the decisions in Motor Fuel Carriers, Inc. v. United States, 190 Ct. Cl. 385, 420 F. 2d 702 (1970); Ray E. Loper Lumber Co. v. United States, 444 F. 2d 301 (6th Cir.1971); and Bardahl Mfg. Corp. v. United States, 452 F. 2d 604 (9th Cir.1971), that plaintiffs are entitled to recover; and pursuant to the order of January 28, 1972, orders of judgment were entered on the following dates and in the following amounts:
Apr. 7, 1972 Clearwater Land Co., Inc. #314-70_ $1, 536. 02
Apr. 7,1972 LeAnn Corp. #315-70_ 26, 858.22
Mar. 31, 1972 Southern Furniture Co. of Conover, Inc. #334r-70_ 63, 458.22
Mar. 31, 1972 Marble Corp. #344-70_ 6,313.13
Apr. 7,1972 Rhombar Co., Inc. #447-70_ 5,136. 26
Mar. 31, 1972 Independent News Co., Inc. #13-71_ 51,902. 79
Apr. 24, 1972 Connor Brown Cadillac Co. #20-71_ 21, 431.12
Apr. 24,1972 Claude Nolan, Inc. #21-71_ 43, 518. 73
Mar. 31,1972 News Publishing Co., Inc. #40-71_ 105, 505. 90
Apr. 24, 1972 Ferguson & Company #42-71_ 4, 570.17
Apr. 24, 1972 West Publishing Co., as successor to American Law Book Co. #69-71_ 16,929.27
Apr. 24, 1972 West Publishing Co., as successor to Boston Law Book Co. #70-71_ 5,965.97
Apr. 24, 1972 West Publishing Co., as successor to Burdette Smith Co. #71-71_ 8,117.26
Apr. 24, 1972 Foundation Press, Inc. #72-71_ 4,967. 60
Apr. 24, 1972 West Publishing Co., as successor to Soney & Sage Co. #73-71_ 10,999.37
Apr. 24,1972 West Publishing Co., as successor to Edward Thompson Co. #74-71_ 48,198. 81
*1002 Apr. 24,1972 West Publishing Co., as successor to Vernon. Law Book Co. #75-71_ 19, 869. 62
Apr. 24,1972 West Publishing Co., as successor to Washington Law Book Co. #76-71_ 7, 897.01
Apr. 24,1972 West Publishing Co. #77-71_ 272,402.21
Mar. 31,1972 TRW Inc., successor to Good-All Elec. Mfg. Co. #92-71_ 1, 069,416.24
Apr. 24, 1972 Salmon Corp. #341-71_ 253, 647.85
Apr. 24, 1972 Barbara R. Michaels #343-71_ 4,484.27
Apr. 17,1972 Cooper Mfg. Co., Inc. #403-71_ 5,164.03
Apr. 7,1972 Lisle Corp. #405-71_ 9, 358.85
Apr. 7,1972 Defiance Mfg. Co., Inc. #454-71_ 3,357.42
Apr. 24, 1972 Korn Industries, Inc. #542-71_ 29,262. 83
Apr. 28, 1972 Nolan Brown Motors, Inc. #546-71_ 44,469.21
Apr. 7,1972 American Decal & Mfg. Co. #559-71— 38, 443. 00
Apr. 24, 1972 Shapdale Inc. #699-71_ 19, 736. 57
Apr. 24, 1972 J. Solotken & Co., Inc. #707-71_ 2, 906.45
Apr. 24, 1972 The Starr Piano Co., Inc. #708-71_ 4, 682. 98
Apr. 24,1972 Carpenter Body Works, Inc. #711-71- 9, 366.24
plus interest as provided by law.